UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE FRANCE STONE COMPANY, INC. an Ohio Corporation,<br><br>                 Plaintiff,<br>vs.<br><br>CHARTER TOWNSHIP OF MONROE, a Michigan Municipal Corporation,<br><br>                 Defendant.<br>_____/ | CASE NO. 90-CV-73409-DT<br><br>HON. TERRENCE G. BERG<br><br>FIFTH AMENDED JUDGMENT |

### FIFTH AMENDED JUDGMENT

The Court, having entered an Opinion and Judgment, each dated August 31, 1992, and having entered Amended Orders and Judgments thereafter (collectively, "Judgment"), and the Court having retained jurisdiction in order to enforce the Judgment related to the regulation of the quarry extraction now operated by the successor to Plaintiff, Michigan Materials and Aggregates Company ("MMAC"); and

The parties have represented to the Court that they have agreed to a further amendment to the Judgment and that the proposed amendment would be in the mutual interest of both Plaintiff and Defendant; and

The Court has determined that the provisions of this Fifth Amended Judgment are consistent with the Judgment and are in the public interest; and

The Court, being fully advised in the premises, states,

IT IS ORDERED, DECREED, AND ADJUDGED AS FOLLOWS:

1. <u>Additional Land</u>. Plaintiff has purchased additional land as identified in Exhibit 1 hereto and incorporated herein ("Additional Land"), which Additional Land is hereby included in and subject to the Judgment, subject further to this Fifth Amended Judgment.

Dated: December 10, 2020    /s/Terrence G. Berg_____
                                                   TERRENCE G. BERG
                                                   UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

/s/ Richard Becker
Name/Title:  Richard Becker, President
Michigan Materials and Aggregates Company
15203 South Telegraph Road
Monroe, Michigan  48161

/s/ Jeffrey S. Osment
Jeffrey S. Osment (P 45403)
Attorney for MMAC
23 Washington Street
Monroe, Michigan  48161
(734) 242-0808

/s/ Alan Barron
Alan Barron, Supervisor
Monroe Charter Township

/s/ Christina Smith
Christina Smith, Clerk
Monroe Charter Township

/s/ Patricia A. McCormick
Patricia A. McCormick (P 55307)
Attorney, Monroe Charter Twp.

Address for all:
4925 East Dunbar Road
Monroe, MI  48161

# EXHIBIT 1

[Survey drawing: ALTA/NSPS Land Title Survey of a 75.52 acre parcel at 4561 E. Dunbar Road, Monroe Township, Monroe County, Michigan. Prepared by Midwestern Consulting, LLC for Stoneco of Michigan. Job No. 17309, dated 11/29/17. Sheet 1 of 1. Contains parcel detail, legend, notes, legal description, and survey certification.]